IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACOB GONZALES,

    Plaintiff,

  v.                                                                             2:15-cv-00152-MV-LF

GREGG MARCANTEL,[1] JERRY ROARK,
JEFFREY WRIGLEY, JOHN BEAIRD,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on March 30, 2018. Doc. 49. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

    IT IS THEREFORE ORDERED AS FOLLOWS:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 49) is ADOPTED;

2. Defendants' Gregg Marcantel and Jerry Roark's motion for summary judgment (Doc. 36) is GRANTED;

3. Plaintiff Jacob Gonzales' motion to amend or supplement (Doc. 47) is DENIED;

---

[1] David Jablonski, the current NMCD Cabinet Secretary, is substituted for Mr. Marcantel to the extent Gonzales seeks prospective injunctive relief in the form of a change in NMCD policy. *See* Doc. 36 at 1 n.1; Doc. 38.

4. The injunctive and declaratory relief sought by plaintiff Gonzales is DENIED; and

5. Plaintiff Gonzales' complaint is dismissed with prejudice.

```
_____
UNITED STATES DISTRICT JUDGE
```